Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2026 AUG -7 AM 10: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY VMA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>v.<br>KESTUTIS BAUZA,<br>USMS# 76602-512 DEFENDANT | CASE NUMBER: 2:26-CR-00428-WLH (9)<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 08/07/2026, 0930 at ☒ AM ☐ PM
   or
   The defendant was arrested in the ________ District of ________ on ________ at ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:

   Title 18 U.S.C. § 1951(a): Conspiracy to Interfere with Commerce by Extortion
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ________
7. Year of Birth: 1993
8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: ________ Phone Number: ________
9. Name of Pretrial Services Officer notified: Duty Officer
10. Remarks (if any): ________
11. Name: J. Santa (please print)
12. Office Phone Number: (213) 620-7676
13. Agency: United States Marshals Service
14. Signature: J. Santa
15. Date: 08/07/2026